JS-6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLEN HAMMLER, | ) | Case No. CV 12-4700-JGB (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| M. KATE, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: February 26, 2016

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE